**Order entered June 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00663-CV

### IN RE DONALD GENE BLANTON, Relator

**Original Proceeding from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 23,592-86**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** this petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.


/s/     MOLLY FRANCIS
       JUSTICE